IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMADOU BARRY,

    Petitioner,

v.                                                        Civil Action No. 3:24cv188

PAUL PERRY, *et al.*,

    Respondents.

## MEMORANDUM OPINION

Petitioner, a federal detainee proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on June 13, 2024, the Court directed service on Respondents. (ECF No. 7.) On July 15, 2024, the United States Postal Service returned the June 13, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER" and "released 6/11/24." (ECF No. 9.) Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to keep the Court advised as to his current address indicates his lack of interest in prosecuting the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 7/19/24                                                   /s/
Richmond, Virginia                              M. Hannah Lauck
                                                           United States District Judge